UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EDWARD ONTIVEROS,<br><br>Petitioner,<br><br>v.<br><br>S. FRAUENHEIM,<br><br>Respondent. | 1:17-cv-01448-MJS (HC)<br><br>ORDER DISREGARDING AS MOOT APPLICATION TO PROCEED IN FORMA PAUERIS<br><br>(ECF NO. 2) |
|---|---|

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 27, 2017, Petitioner filed an application to proceed in forma pauperis. However, Petitioner also paid the filing fee for this action on October 27, 2017. Accordingly, it is HEREBY ORDERED that petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated: October 31, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1